McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARKIS K. SEMERDJIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, a corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00692-JAD-VCF<br><br>**STIPULATION & ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTIONS**<br><br>ECF NO. 13 |

COME NOW, Plaintiff Sarkis K. Semerdjian ("Semerdjian") and Defendant, GEICO Casualty Company ("GEICO") by and through their respective counsel of record and hereby stipulate to an extension of time for the Hearing on Defendant's Motion to Dismiss, Motion to Stay and Motion to Strike and for Plaintiff to respond to same.

GEICO filed a Motion to Dismiss (Doc. 5) or in the Alternative to Sever/Bifurcate and Stay (Doc. 6) Plaintiff's extra-contractual claims, and a Motion to Strike (Doc. 7), on April 16, 2018. Plaintiff, per agreement and stipulation of counsel set forth below, did not file a Response to these Motions so the Parties could further discuss a stipulation to submit the valuation of the injury claims to binding arbitration.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2:18-cv-00692-JAD-VCF

STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS

The parties respectfully request and stipulate that the Court continue the hearings on these Motions from May 29, 2018 (Doc. 9) for 30 days to the next available date for the Court and that should an agreement to arbitrate not be reached, Plaintiff will have until 14 days preceding the new hearing date to file his opposition and Defendant will have until 7 days preceding the new hearing date to file any reply.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 18th day of May, 2018

MAIER, GUTIERREZ & ASSOCIATES

By    /s/ Joseph A. Gutierrez
Joseph A. Gutierrez, Nevada Bar No. 9046
Stephen G. Clough, Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel. (702) 629-7900

Attorneys for SARKIS K. SEMERDJIAN

DATED this 18th day of May, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By    /s/ Wade M. Hansard
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Renee M. Maxfield
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

**IT IS SO ORDERED. The 5/29/18 hearing [9] on the pending motions [5, 6, 7] IS VACATED and CONTINUED to 7/2/18 at 2:30 p.m.**

_____
U.S. District Judge Jennifer A. Dorsey
May 18, 2018

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113