1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6    *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:     (702) 949-1100
8  Facsimile:     (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

10

11                 UNITED STATES DISTRICT COURT

                      DISTRICT OF NEVADA
12

13

14  SARKIS K. SEMERDJIAN, an individual,      Case No. 2:18-cv-00692-JAD-VCF

            Plaintiff,
15
                                              **SECOND STIPULATION TO CONTINUE
        v.                                    HEARING ON DEFENDANT'S MOTIONS**
16

17  GEICO CASUALTY COMPANY, a
   corporation; DOES I through X; and ROE
   CORPORATIONS I through X, inclusive,
18
            Defendants.
19

20         COME NOW, Plaintiff Sarkis K. Semerdjian ("Semerdjian") and Defendant, GEICO Casualty

21  Company ("GEICO") by and through their respective counsel of record and hereby stipulate to an

22  additional extension of time for the Hearing on Defendant's Motion to Dismiss, Motion to Stay and

23  Motion to Strike and for Plaintiff to respond to same.

24         GEICO filed a Motion to Dismiss (Doc. 5) or in the Alternative to Sever/Bifurcate and Stay

25  (Doc. 6) Plaintiff's extra-contractual claims, and a Motion to Strike (Doc. 7), on April 16, 2018.

26  Plaintiff, per agreement and stipulation of counsel set forth below, did not file a Response to these

27  Motions so the Parties could further discuss a stipulation to submit the valuation of the injury claims

28  to binding arbitration.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

                                                               2:18-cv-00692-JAD-VCF
        SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS

The parties are continuing to discuss binding arbitration and respectfully request and stipulate that the Court again continue the hearings on these Motions from July 2, 2018 (Doc.15) for an additional 45 days to the next available date for the Court and that should an agreement to arbitrate not be reached, Plaintiff will have until 14 days preceding the new hearing date to file his opposition and Defendant will have until 7 days preceding the new hearing date to file any reply.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 18th day of June, 2018

MAIER, GUTIERREZ & ASSOCIATES

By _____/s/ Stephen G. Clough_____
Joseph A. Gutierrez, Nevada Bar No. 9046
Stephen G. Clough, Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel. (702) 629-7900

Attorneys for SARKIS K. SEMERDJIAN

DATED this 18th day of June, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By _____/s/ Wade M. Hansard_____
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
Renee M. Maxfield
Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2

2:18-cv-00692-JAD-VCF

SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on Defendant's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith and Motion to Strike is continued and will now be heard on August 20, 2018 at the hour of 3:00 p.m. and Plaintiff's opposition is due 14 days prior thereto and any reply is due 7 days prior thereto.

DATED this 18th day of June, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

5193795.1

2:18-cv-00692-JAD-VCF

SECOND STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTIONS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113