McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARKIS K. SEMERDJIAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO CASUALTY COMPANY, a corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00692-JAD-VCF<br><br>**STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, MOTION TO STAY AND MOTION TO STRIKE AND VACATE HEARING REGARDING SAME** |

COME NOW, Plaintiff Sarkis K. Semerdjian ("Semerdjian") and Defendant, GEICO Casualty Company ("GEICO") by and through their respective counsel of record and hereby stipulate to withdraw Defendant's Motion to Dismiss, Motion to Stay and Motion to Strike and vacate the Hearing regarding same.

GEICO filed a Motion to Dismiss (Doc. 5) or in the Alternative to Sever/Bifurcate and Stay (Doc. 6) Plaintiff's extra-contractual claims, and a Motion to Strike (Doc. 7), on April 16, 2018. The parties have agreed to place this matter into binding arbitration and therefore, Defendant's Motions should be withdrawn and the hearing regarding same should be vacated.

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:18-cv-00692-JAD-VCF

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 14th day of August, 2018

MAIER, GUTIERREZ & ASSOCIATES


By _____ /s/ Joseph A. Gutierrez _____
Joseph A. Gutierrez, Nevada Bar No. 9046
Stephen G. Clough, Nevada Bar No. 10549
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel. (702) 629-7900

Attorneys for SARKIS K. SEMERDJIAN

DATED this 14th day of August, 2018

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By _____ /s/ Wade M. Hansard _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for GEICO CASUALTY COMPANY

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant GEICO CASUALTY COMPANY's Motion to Dismiss (Doc. 5) or in the Alternative to Sever/Bifurcate and Stay (Doc. 6) Plaintiff's extra-contractual claims, and Motion to Strike (Doc. 7) are withdrawn and the hearing currently scheduled for Monday, August 20, 2018 at 3 p.m. is vacated.

DATED: 8/17/2018


_____
UNITED STATES DISTRICT COURT JUDGE

5285674.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2                                    2:18-cv-00692-JAD-VCF

STIPULATION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS, MOTION TO STAY AND MOTION
TO STRIKE AND VACATE HEARING REGARDING SAME