# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARKIS K. SEMERDJIAN, | Case No.: 2:18-cv-00692-APG-VCF |
| Plaintiff | **Order for Status Report** |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant | |

IT IS ORDERED that the parties shall file a status report regarding arbitration on or before May 17, 2019.

DATED this 3rd day of May, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE