1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Wade M. Hansard
Nevada Bar No. 8104
3 | *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
4 | Nevada Bar No. 10536
*jonathan.carlson@mccormickbarstow.com*
5 | Renee M. Maxfield
Nevada Bar No. 12814
6 | *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
7 | Las Vegas, Nevada 89113
Telephone: (702) 949-1100
8 | Facsimile: (702) 949-1101

9 | Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SARKIS K. SEMERDJIAN, an individual, | Case No. 2:18-cv-00692-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY, a corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Each party will bear their own costs and attorneys' fees.

DATED this 19th day of February, 2020

        MAIER GUTIERREZ & ASSOCIATES

        By    /s/ *Stephen G. Clough*
            Joseph A. Gutierrez, Nevada Bar No. 9046
            Stephen G. Clough, Nevada Bar No. 10549
            8816 Spanish Ridge Ave.
            Las Vegas, Nevada 89148
            Tel. (702) 629-7900

        Attorneys for SARKIS K. SEMERDJIAN

DATED this 19th day of February, 2020

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    /s/ *Jonathan W. Carlson*
            Wade M. Hansard, Nevada Bar No. 8104
            Jonathan W. Carlson, Nevada Bar No. 10536
            Renee M. Maxfield, Nevada Bar No. 12814
            8337 West Sunset Road, Suite 350
            Las Vegas, Nevada 89113
            Tel. (702) 949-1100

        Attorneys for GEICO CASUALTY COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: February 20, 2020.

_____
UNITED STATES DISTRICT JUDGE

6659796.1